FILED

01/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0375

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 23-0375

| | |
|---|---|
| **ESTATE OF GREG PHILLIPS; GREG PHILLIPS INDIVIDUALLY; CAROL PHILLIPS, INDIVIDUALLY, and as PERSONAL REPRESENTATIVE OF THE ESTATE OF GREG PHILLIPS**<br><br>Appellants,<br><br>v.<br><br>**ANNA ROBBINS, MD; LOGAN HEALTH, f/k/a KALISPELL REGIONAL HEALTHCARE; JOHN DOES 1 – 10; and DOE BUSINESS ENTITIES X, Y, and Z.**<br><br>Appellees. | **ORDER** |

THIS MATTER, having come before this Court on Appellants' *Unopposed Motion to Extend Deadline for Reply Brief*, having been reviewed and good cause appearing;

IT IS THEREFORE ORDERED that Appellants are granted an extension of time to prepare, file and serve their reply brief to and including February 12, 2024.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2024